**quinn emanuel** trial lawyers | silicon valley

555 Twin Dolphin Drive, Fifth Floor,  Redwood Shores, CA 94065 | TEL: (650) 801-5000  FAX: (650) 801-5100

WRITER'S DIRECT DIAL NO.
**(650) 801-5007**

WRITER'S INTERNET ADDRESS
**dianedoolittle@quinnemanuel.com**

September 13, 2010

<u>BY ELECTRONIC FILING AND PERSONAL DELIVERY</u>

Honorable Jeremy Fogel, USDJ
Federal Building
280 South First Street
San Jose, California  95113

Re:   *San Francisco Technology Inc. v. The Glad Products Co., et al.*
      Civil Action No. 10-0966-JF (PVT)
      *San Francisco Technology Inc. v. Sun Products Corp.*
      Civil Action No. 10-03251-JF (PVT)

Dear Judge Fogel:

We are counsel for Defendant Sun Products Corporation ("Sun") in the above-referenced actions. We write in response to Plaintiff San Francisco Technology Inc.'s ("SFTI's") September 1, 2010 submission to this Court (D.I. 6 in Case No. 10-3251) regarding the decision by the U.S. Court of Appeals for the Federal Circuit in *Stauffer v. Brooks Brothers, Inc*., Appeal Nos. 2009-1428, 1430, 1453, 2010 WL 3397419 (Fed. Cir. Aug. 31, 2010) ("*Stauffer*").

Pursuant to this Court's July 19, 2010 Order (D.I. 2 in Case No. 10-03251) directing the parties to renew their motions to dismiss as appropriate after the Federal Circuit issued its decision in *Stauffer*, Sun hereby respectfully renews its Fed. R. Civ. P. 12(b)(6) motion to dismiss (D.I. 178 in Case No. 10-966) for failure to state a claim under either the heightened pleading standard of Fed. R. Civ. P. 9(b) or the Fed. R. Civ. P. 8 standard, as clarified by the Supreme Court's holdings in *Bell Atl. Corp. v. Twombly*, 550 U.S. 554 (2007), and *Ashcroft v. Iqbal*, 129 S. Ct. 1937 (2009).

In connection with its renewed motion to dismiss, Sun notes that, in *Stauffer*, the Federal Circuit

**quinn emanuel urquhart & sullivan, llp**

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California  90017-2543 | TEL (213) 443-3000  FAX (213) 443-3100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California  94111-4788 | TEL (415) 875-6600  FAX (415) 875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California  94065-2139 | TEL (650) 801-5000  FAX (650) 801-5100
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois  60661-2510 | TEL (312) 705-7400  FAX (312) 705-7401
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom  | TEL +44(0) 20 7653 2000  FAX +44(0) 20 7653 2100
TOKYO | Akasaka Twin Tower Main Bldg., 6th Floor, 17-22 Akasaka 2-Chome, Minato-ku, Tokyo 107-0052, Japan  | TEL +81 3 5561-1711  FAX +81 3 5561-1712
MANNHEIM | Erzbergerstraße 5, 68165 Mannheim, Germany | TEL +49(0) 621 43298 6000  FAX +49(0) 621 43298 6100

explicitly directed the district court on remand to:

> [A]ddress the merits of the case, including Brooks Brothers' motion to dismiss pursuant to Rule 12(b)(6) "on the grounds that the complaint fails to state a plausible claim to relief because it fails to allege an 'intent to deceive' the public – a critical element of a section 292 claim – *with sufficient specificity to meet the heightened pleading requirements for claims of fraud imposed by" Rule 9(b).*

*Stauffer*, 2010 WL 3397419 at * 6 (emphasis added) (quoting *Stauffer v. Brooks Brothers, Inc.*, 615 F. Supp. 2d 248, 251 n.1 (S.D.N.Y. 2009)).  As Sun has set out in its motion, SFTI 's complaint should be dismissed because, among other things, it fails to allege an "intent to deceive the public . . . with sufficient specificity to meet the heightened pleading requirements for claims of fraud imposed by Rule 9(b)."

Respectfully submitted,

/s/

Diane M. Doolittle

cc:   Daniel H. Fingerman (by E-mail only)
      Kathryn G. Spelman (by E-mail only)