**E-Filed 10/14/2010**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| SAN FRANCISCO TECHNOLOGY, INC., <br><br>   Plaintiff, <br><br> v. <br><br> THE GLAD PRODUCTS COMPANY, <br><br>   Defendant. | Case Number 5:10-cv-00966-JF/PVT |
| SAN FRANCISCO TECHNOLOGY, INC., <br><br>   Plaintiff, <br><br> v. <br><br> BAYER CORPORATION, <br><br>   Defendant. | Case Number 5:10-cv-03246-JF/PVT |
| SAN FRANCISCO TECHNOLOGY, INC., <br><br>   Plaintiff, <br><br> v. <br><br> BRIGHT IMAGE CORPORATION, <br><br>   Defendant. | Case Number 5:10-cv-03247-JF/PVT |

Case No. 5:10-cv-00966-JF/PVT
ORDER LIFTING STAY
(JFLC2)

|  |  |
|---|---|
| SAN FRANCISCO TECHNOLOGY, INC., <br><br>    Plaintiff, <br><br>    v. <br><br>GLAXOSMITHKLINE LLC, <br><br>    Defendant. | Case Number 5:10-cv-03248-JF/PVT |
| SAN FRANCISCO TECHNOLOGY, INC., <br><br>    Plaintiff, <br><br>    v. <br><br>MCNEIL-PPC INC., <br><br>    Defendant. | Case Number 5:10-cv-03249-JF/PVT |
| SAN FRANCISCO TECHNOLOGY, INC., <br><br>    Plaintiff, <br><br>    v. <br><br>PLAYTEX PRODUCTS, INC., <br><br>    Defendant. | Case Number 5:10-cv-03250-JF/PVT |
| SAN FRANCISCO TECHNOLOGY, INC., <br><br>    Plaintiff, <br><br>    v. <br><br>SUN PRODUCTS CORPORATION, <br><br>    Defendant. | Case Number 5:10-cv-03251-JF/PVT |

The stay of litigation imposed by this Court's order of July 19, 2010 is HEREBY LIFTED.

DATED: 10/14/2010

_____
JEREMY FOGEL
United States District Judge

Case No. 5:10-cv-00966-JF/PVT
ORDER LIFTING STAY
(JFLC2)