QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Diane M. Doolittle (CA Bar No. 142046)
  dianedoolittle@quinnemanuel.com
  Thomas R. Watson (CA Bar No. 227264)
  tomwatson@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

  Peter J. Armenio (*admitted pro hac vice*)
  peterarmenio@quinnemanuel.com
  Anne S. Toker (*admitted pro hac vice*)
  annetoker@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Attorneys for Defendant
The Sun Products Corporation

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| SAN FRANCISCO TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> THE SUN PRODUCTS CORPORATION, <br><br> Defendant. | Case No. 10-CV-03251-JF <br><br> **DEFENDANT THE SUN PRODUCTS CORPORATION'S NOTICE OF MOTION AND MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM** <br><br> Honorable Jeremy Fogel <br> Date: January 20, 2011 <br> Time: 1:30 p.m. <br> Courtroom: 3, 5th Floor |

1    PLEASE TAKE NOTICE that, pursuant to Civil L.R. 7, Defendant The Sun Products
2  Corporation ("Sun") moves this Court to dismiss Plaintiff San Francisco Technology, Inc.'s
3  ("SFTI's") Complaint for failure to state a claim under Fed. R. Civ. P. 12(b)(6).   The hearing has
4  been scheduled for January 20, 2011 at 1:30 p.m. before the Honorable Jeremy Fogel, at the
5  United States District Court for the Northern District of California, 280 South 1st Street, San Jose,
6  California 95113.   This Motion is based on this Notice of Motion, the supporting Memorandum,
7  Declaration, and Request for Judicial Notice filed concurrently herewith, the pleadings and papers
8  on file in this action and in Civil Action No. 10-cv-966, such matters that the Court may take
9  judicial notice of, and argument and evidence to be presented the hearing on this Motion (whether
10  by Sun, SFTI, or any party in an SFTI case being heard contemporaneously).

12  DATED: December 16, 2010           QUINN EMANUEL URQUHART &
                                       SULLIVAN, LLP

15                                     By */s/Thomas R. Watson*
                                           Thomas R. Watson
16                                         Attorneys for Defendant
                                           The Sun Products Corporation

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the above and foregoing document has been served on December 16, 2010 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF service per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

Dated:    December 16, 2010

By:    */s/Thomas R. Watson*
Thomas R. Watson