Kathryn G. Spelman, Esq. (Cal. Bar No. 154512)
Daniel H. Fingerman, Esq. (Cal. Bar No. 229683)
Mount, Spelman & Fingerman, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA  95110-2740
Phone: (408) 279-7000
Fax:     (408) 998-1473
Email: kspelman@mount.com, dfingerman@mount.com

Counsel for San Francisco Technology Inc.

United States District Court
Northern District of California, San Jose Division

| | |
|---|---|
| San Francisco Technology Inc.<br><br>Plaintiff<br><br>vs.<br><br>Sun Products Corporation<br><br>Defendant | Case No. 5:10-cv-03251-JF-PSG<br><br>**Request For Judicial Notice**<br><br>Date:      January 20, 2010<br>Time:      1:30 p.m.<br>Room:    Courtroom 3, 5th Floor<br>Judge:    Jeremy Fogel |

1  Pursuant to Federal Rule of Evidence 201, Plaintiff San Francisco Technology Inc. requests
2  that the court take judicial notice of the following documents, which are attached hereto as numbered
3  exhibits.  These documents submitted herewith are copies of documents in the records of the U.S.
4  District Courts for the districts indicated below.  Each document submitted herewith was obtained via
5  PACER from the records of each District Court indicated below.

6  1.  Transcript of Proceedings, Docket No. 192, San Francisco Technology, Inc. v. Adobe
7  Systems, Inc., et al., Northern District of California, Case 5:09-cv-06083-RS

8  2.  Complaint, Docket No. 1, U.S. ex rel. FLFMC LLC v. Ace Hardware Corp., Western
9  District of Pennsylvania, Case No. 2:10-cv-00229-AJS

Date: December 30, 2010     Mount, Spelman & Fingerman, P.C.,
                                       /s/ Daniel H. Fingerman
                            Counsel for San Francisco Technology Inc.

**Certificate of Service**

The undersigned certifies that the foregoing document was filed using the court's electronic filing system (ECF). The ECF system serves a "Notice of Electronic Filing" to all parties and counsel who have appeared in this action, who have consented under to accept that Notice as service of this document.

Date: December 30, 2010         Mount, Spelman & Fingerman, P.C.,
                                                 /s/ Daniel H. Fingerman
                                Counsel for San Francisco Technology Inc.