# UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, January 20, 2011  Time: 3 mins
**Case Number:** CV-10-3251-JF/PSG

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Fisher

---

**TITLE:**  SAN FRANCISCO TECHNOLOGY INC. V. SUN PRODUCTS CORPORATION

  **PLAINTIFF**   **DEFENDANTS**

**Attorneys Present:** Daniel Fingerman   **Attorneys Present:** Anne Toker
  Daniel Mount

---

PROCEEDINGS:

Hearing on Motion to Dismiss held. Parties are present. The Court takes the motion under submission.