Kathryn G. Spelman, Esq. (Cal. Bar No. 154512)
Daniel H. Fingerman, Esq. (Cal. Bar No. 229683)
Mount, Spelman & Fingerman, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA  95110-2740
Phone: (408) 279-7000
Fax:     (408) 998-1473
Email: kspelman@mount.com, dfingerman@mount.com

Counsel for San Francisco Technology Inc.

United States District Court
Northern District of California, San Jose Division

| | |
|---|---|
| San Francisco Technology Inc. | Case No. 5:10-cv-03251-JF-PSG |
| Plaintiff | **Statement of Recent Decision** |
| vs. | Date:     January 20, 2011 |
| Sun Products Corporation | Time:     1:30 p.m. |
| Defendant | Room:    Courtroom 3, 5th Floor |
| | Judge:   Judge Jeremy Fogel |

Mount, Spelman & Fingerman, p.c.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose, California 95110-2740
Telephone (408) 279-7000

1    Pursuant to Local Rule 7-3(d), San Francisco Technology Inc. submits this Statement of

2    recent decision.  On January 27, 2011, the U.S. District Court for the Northern District of Illinois

3    issued a memorandum opinion in *San Francisco Technology Inc. v. Sunstar Americas Inc.*, Case No.

4    1:10-cv-05000-AJS (N.D. Ill.).  A copy of the memorandum opinion is attached hereto as Exhibit 1.

5    The *Sunstar* case was originally filed in this District and was originally captioned *San*

6    *Francisco Technology Inc. v. The Glad Products Company, et. al.*, Case No. 5:10-cv-00966-JF-PVT.

7    The complaint in the *Sunstar* case is the same complaint about which this court heard oral arguments

8    on January 20, 2011.  Sunstar's motion to dismiss was substantially similar to the motions heard by

9    this court on January 20, 2011.

10   Date: January 27, 2011                    Mount, Spelman & Fingerman, P.C.,

11                                                            /s/ Daniel H. Fingerman
                                                   Counsel for San Francisco Technology Inc.

13

### Certificate of Service

15   The undersigned certifies that the foregoing document was filed using the court's electronic

16   filing system (ECF).  The ECF system serves a "Notice of Electronic Filing" to all parties and

17   counsel who have appeared in this action, who have consented under to accept that Notice as service

18   of this document.

19   Date: January 27, 2011                    Mount, Spelman & Fingerman, P.C.,

20                                                            /s/ Daniel H. Fingerman
                                                   Counsel for San Francisco Technology Inc.

21   Z:\CLIENTS\F CLIENTS\False002\Attorney_Notes\Drafts\Sun\Statement of Recent Decision re Sunstar Order.doc

MOUNT, SPELMAN & FINGERMAN, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000